**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 3:26-cr-143-JEP-MCR

DERRICK JEROME BROWN

a/k/a "Dirt Face"
a/k/a "dirtfacekrazy"
a/k/a "Lil D"

Defense Atty.: PATRICK KORODY
AUSA: RACHEL LASRY
KELLI SWANEY

| | | | |
|---|---|---|---|
| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | July 29, 2026<br>10:51 AM -11:37 AM<br>39 Minutes |
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | Daniel Dumpit |

**SEALED CLERK'S MINUTES**

**PROCEEDINGS: INITIAL APPEARANCE, BOND, WAIVER OF INDICTMENT, PLEA HEARING - GUILTY**

Mr. Korody orally moved to seal the hearing due to the nature of the charges and concerns for the defendant's safety. The Government did not object.

Judge Richardson made the required findings under *Waller v. Georgia*, 467 U.S. 39 (1984), **GRANTED** the Motion, and the hearing proceeded under seal.

**<u>INITIAL APPEARANCE</u>**

Defendant was transported by the United States Marshal Service on July 29, 2026, on an Information out of the Middle District of Florida.

Defendant advised of rights, charges, penalties, and special assessment.

Based on the pre-indictment appointment of counsel, Mr. Korody will continue the

representation of the defendant.

**DETENTION HEARING**
Ms. Lasry orally moved for detention.

Mr. Korody announced the defendant's decision to waive his detention hearing with the right to reopen the matter if circumstances changed in the future.

Upon inquiry of the defendant, Judge Richardson found that the defendant knowingly and voluntarily waived the detention hearing, subject to the right to reopen at a later date.

ORDER TO ENTER

**WAIVER OF INDICTMENT/PLEA HEARING - GUILTY**
The defendant was placed under oath.

Judge Richardson advised Defendant that, although he is proceeding by way of Information, he has a right to have his case presented to a grand jury. The defendant was questioned by Judge Richardson regarding the Waiver of Indictment (previously filed and executed by the defendant and counsel), and it was found that he knowingly and intelligently waived his right to an indictment. **WAIVER OF INDICTMENT RE-EXECUTED BY DEFENDANT AND DEFENSE COUNSEL AND EXECUTED BY THE COURT - ORDER TO ENTER.**

The defendant entered a plea of guilty to Count One of the Information.

The Court found that the defendant was alert and intelligent and that he knowingly and voluntarily entered his plea of guilty.

Ms. Lasry and Mr. Korody agreed to waive the 14-day objection period to the Report and Recommendation.

Report and Recommendation to enter.

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
Waiver of Indictment
NOTICE re: Entry of a Plea of Guilty